UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS OWENS, | ) 1:11-cv—00002-LJO-SKO-HC |
| Petitioner, | ) INFORMATIONAL ORDER REGARDING |
| | ) ENTRY OF JUDGMENT AND TERMINATION |
| | ) OF THE ACTION  (Docs. 12-14) |
| v. | ) |
| KELLY HARRINGTON, | ) |
| Respondent. | ) |

Petitioner is a state prisoner who proceeded pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 1, 2011, the Court dismissed the petition as successive and declined to issue a certificate of appealability. On the same date, judgment was entered, and the judgment and order of dismissal were served on Petitioner by mail.

On March 2, 2011, Petitioner filed objections to previously filed findings and recommendations, and Petitioner asks this Court to stay the petition.

Petitioner is INFORMED that the Court will not continue to

1

process his filings in the action in this Court because judgment has been entered and the case terminated.

IT IS SO ORDERED.

**Dated:   March 14, 2011**                                /s/ Sheila K. Oberto
                                                                         UNITED STATES MAGISTRATE JUDGE